

# NUMBER 13-17-00650-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

XAVIER PEREZ,                                                              Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

**On appeal from the 445th District Court
of Cameron County, Texas.**

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Contreras, Longoria, and Hinojosa
Order Per Curiam**

This cause is currently before the Court on appellant's second motion for extension of time to file the brief. Appellant's brief was originally due on March 7, 2018. This Court has previously granted appellant one extension of time totaling 90 days to file the brief, and appellant now seeks an additional 60 days, until August 6, 2018, to file the brief.

The Court GRANTS appellant's second motion for extension to file the brief and

ORDERS the Honorable Rebecca E. RuBane to file the brief on or before August 6, 2018.

The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief

in this matter. No further extensions will be granted absent exigent circumstances. If

counsel fails to file the brief within the specified period of time, the Court will act

appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of June, 2018.